USCA1 Opinion

 

 December 21, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1161 HENRY CASTRO POUPART, Petitioner, Appellant, v. RAMON ALERS, WARDEN OF THE STATE PENITENTIARY AND THE LAS MALVINAS ANNEX, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Henry Castro Poupart on brief pro se. ____________________ Guillermo Gil, United States Attorney, Jo Ann Harris, Assistant _____________ _____________ Attorney General, Theresa M.B. Van Vliet, Chief, and Lena D. Mitchell, ______________________ ________________ Attorney, Criminal Division, Narcotic and Dangerous Drug Section, Department of Justice, on brief for appellee. ____________________ ____________________ Per Curiam. Pro se petitioner Henry Castro Poupart ___________ ___ __ appeals a district court order dismissing his second motion to vacate sentence under 28 U.S.C. 2255. Based on a careful review of the entire record, and of all points raised on appeal, we conclude that the district court order must be summarily affirmed. See Local Rule 27.1. ___